UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
---------------------------------- :
                                    :
UNITED STATES OF AMERICA,           :
                                    :        20-CR-501 (LAP)
        -v-                         :
                                    :        ORDER
FAISAL KHAN,                        :
                                    :
            Defendant.              :
                                    X
-------------------------------------------
----------------------------------

LORETTA A. PRESKA, Senior United States District Judge:

For the reasons set forth in defense counsel's unopposed April 16, 2026, letter motion (see dkt. no. 104), and after consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court terminates Mr. Khan's term of supervised release, pursuant to 18 U.S.C. § 3583(e)(1), effective immediately.  The Clerk of Court shall close docket number 104.

    **SO ORDERED.**


Dated:    April 30, 2026
          New York, New York


_____
LORETTA A. PRESKA
Senior United States District Judge