UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA,

-v-

FAISAL KHAN,

Defendant.

---------------------------------------- X

20-CR-501 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court understands that Defendant's letter motion for early termination of probation (see dkt. no. 104) was not filed in the correct jurisdiction. On April 9, 2024, jurisdiction of Defendant's case was transferred to the District of New Jersey based upon his residence. Therefore, Defendant should file any motion for early termination of probation in the District of New Jersey. Accordingly, the Court's order (dkt. no. 105), has no further force or effect.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge